AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>McConnell, Jr., John J. | **2. Court or Organization**<br><br>District of Rhode Island | **3. Date of Report**<br><br>5/15/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Children's Environmental Health Center |
| 2. | Director | Copy Center at Crossroads LLC |
| 3. | Officer & Board Member | Crossroads Rhode Island |
| 4. | Board Member (resigned position as of 01/01/2011) | York Resources, Inc. |
| 5. | Board Member (resigned position as of 01/01/2011) | Otto York Foundation |
| 6. | Employee | Motley Rice LLC |
| 7. | Officer & Board Member | Providence Tourism Council |
| 8. | Director | Providence Tourism Fund |
| 9. | Board Member | Rhode Island Association for Justice |
| 10. | Board Member | Roger Williams University |
| 11. | Custodian | Alliance Capital 529 College Fund #2 |
| 12. | Trustee | Trust #1 |
| 13. | Trustee | Trust #2 |
| 14. | Co-Trustee (resigned position as of 01/01/2011) | Friend Trust A |
| 15. | Co-Trustee (resigned position as of 01/01/2011) | Friend Trust B |
| 16. | Co-Trustee (resigned position as of 01/01/2011) | Friend Trust C |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

| | | |
|---|---|---|
| 17. | Co-Trustee (resigned position as of 01/01/2011) | Friend Trust D |
| 18. | Trustee (resigned position as of 01/01/2011) | Friend Trust E |
| 19. | Trustee (resigned position as of 01/01/2011) | Friend Trust F |
| 20. | Member | Marthas Vineyard Colonial Inn LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/30/03 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |
| 2. 05/13/11 | Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details) |
| 3. 05/13/11 | Assignment of Membership Interests in Motley Rice LLC and Mutual Release (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | MRRM PA - deferred compensation | $3,203,548.67 |
| 2. 2011 | Motley Rice LLC- salary (pre-appointment) | $96,618.42 |
| 3. 2011 | York Resources, Inc. - no longer Board Member | $0.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. --Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 3. --3M Company | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 4. --Abbott Laboratories | A | Dividend | | | Sold | 05/20/11 | J | C | |
| 5. --Altera Corporation | A | Dividend | L | T | | | | | |
| 6. --Amgen | | None | | | Sold | 05/20/11 | K | | |
| 7. --Analog Devices | A | Dividend | | | Sold | 05/20/11 | K | C | |
| 8. --Applied Materials | A | Dividend | | | Sold | 05/20/11 | J | | |
| 9. --Bed Bath & Beyond | | None | | | Sold | 05/20/11 | K | D | |
| 10. --Cabelas | | None | | | Sold | 05/20/11 | K | C | |
| 11. --Cisco Systems | A | Dividend | | | Sold | 05/20/11 | J | | |
| 12. --CME Group | A | Dividend | | | Sold | 5/20/11 | K | B | |
| 13. --Coca-Cola | A | Dividend | | | Sold | 05/20/11 | K | C | |
| 14. --Colgate-Palmolive | A | Dividend | | | Sold | 05/20/11 | K | E | |
| 15. --Costco Wholesale | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 16. --CVS Caremark | A | Dividend | | | Sold | 05/20/11 | J | C | |
| 17. --Dolby | | None | | | Sold | 05/20/11 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --EMC | | None | | | Sold | 05/20/11 | L | E | |
| 19. --Elements Rogers Agri Tot Ret | | None | K | T | Buy | 12/28/11 | K | | |
| 20. --Emerson Electric | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 21. --ETFS Platinum Trust Shs Ben Int | | None | | | Buy | 5/20/11 | K | | |
| 22. --ETFS Platinum Trust Shs Ben Int | | None | | | Sold | 12/28/11 | K | | |
| 23. --Financial Select Sector | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 24. --Freeport McMoran Copper & Gold | B | Dividend | | | Donated | | | | |
| 25. --General Electric Company | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 26. --Genzyme | | None | | | Merged (with line 68) | 06/01/11 | L | D | |
| 27. --Home Depot | A | Dividend | | | Sold | 05/20/11 | K | | |
| 28. --Illinois Tool Works | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 29. --International Business Machines | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 30. --Ishares Barclays TIPS Bond Fund | B | Dividend | K | T | Buy | 5/20/11 | K | | |
| 31. --Ishares TR NASDAQ Biotech Index Fund | | None | | | Sold | 05/20/11 | K | D | |
| 32. --Ishares Trust DJ --US Aerospace & Defense Index Fund | A | Dividend | | | Sold | 05/20/11 | K | E | |
| 33. --Ishares Trust DJ -- US Energy Sector | A | Dividend | | | Sold | 05/20/11 | J | C | |
| 34. --Ishares NYSE Composite Index | | None | | | Buy | 5/20/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | --Ishares NYSE Composite Index | | None | | | Buy (add'l) | 06/16/11 | J | | |
| 36. | --Ishares NYSE Composite Index | B | Dividend | | | Sold | 12/28/11 | L | | |
| 37. | --Ishares Russell Microcap Index Fund | | None | | | Buy | 5/20/11 | L | | |
| 38. | --Ishares Russell Microcap Index Fund | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 39. | --Ishares Russell Microcap Index Fund | A | Dividend | | | Sold | 12/28/11 | L | | |
| 40. | --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy | 5/20/11 | L | | |
| 41. | --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 42. | --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 43. | --Ishares Tr MSCI Emerging Mkts Index Fd | B | Dividend | | | Sold | 12/28/11 | L | | |
| 44. | --Ishares Tr Russell 2000 Index Fd | | None | M | T | Buy | 12/28/11 | M | | |
| 45. | --Johnson & Johnson | A | Dividend | | | Sold | 5/20/11 | L | D | |
| 46. | --Kyocera | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 47. | --Lowes | A | Dividend | | | Sold | 5/20/11 | K | | |
| 48. | --Metabolix | | None | | | Sold | 5/20/11 | J | | |
| 49. | --Microsoft | A | Dividend | | | Sold | 5/20/11 | K | A | |
| 50. | --Mosaic | A | Dividend | | | Donated | | | | |
| 51. | --Novartis AG Sponsored ADR | A | Dividend | | | Sold | 5/20/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Panasonic | A | Dividend | | | Sold | 5/20/11 | K | | |
| 53. --Pepsico | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 54. --Powershares Exchange FD TR Golden Dragon Halter | | None | | | Sold | 5/20/11 | K | E | |
| 55. --Powershares DB Agriculture Fund | | None | | | Buy | 5/20/11 | K | | |
| 56. --Powershares DB Agriculture Fund | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 57. --Powershares DB Agriculture Fund | | None | | | Sold | 12/28/11 | K | | |
| 58. --Powershares DB Base Metals Funds | | None | | | Buy | 5/20/11 | K | | |
| 59. --Powershares DB Base Metals Funds | | None | | | Sold | 12/28/11 | K | | |
| 60. --Powershares Private Equity Portfolio | | None | | | Sold | 5/20/11 | J | B | |
| 61. --Proshares Trust ETF Short 20+ Treasury | | None | | | Buy | 5/20/11 | L | | |
| 62. --Proshares Trust ETF Short 20+ Treasury | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 63. --Proshares Trust ETF Short 20+ Treasury | | None | | | Sold | 12/28/11 | L | | |
| 64. --Qualcomm | B | Dividend | L | T | | | | | |
| 65. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | | None | | | Buy | 5/20/11 | L | | |
| 66. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 67. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | A | Dividend | | | Sold | 12/28/11 | L | | |
| 68. --Sanofi Rts | | None | | | Buy | 06/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Sanofi Rts | | None | | | Sold | 06/02/11 | J | A | |
| 70. --Schlumberger | A | Dividend | | | Donated | | | | |
| 71. --Schwab Charles | A | Dividend | | | Sold | 5/20/11 | K | C | |
| 72. --Shanda Interactive Entertainment | | None | | | Sold | 5/20/11 | K | D | |
| 73. --Sony | A | Dividend | | | Sold | 5/20/11 | K | | |
| 74. --SPDR Barclays Capital 1-3 Month T-Bill | A | Dividend | M | T | Buy | 5/20/11 | M | | |
| 75. --SPDR Gold Trust Gold Shares | | None | K | T | Sold (part) | 5/20/11 | J | D | |
| 76. --SPDR S&P Midcap 400 Trust Series N | | None | M | T | Buy | 12/28/11 | M | | |
| 77. --SPDR S&P 500 Trust | | None | M | T | Buy | 12/28/11 | M | | |
| 78. --SPDR Ser Tr S&P 600 Small Cap | | None | L | T | Buy | 5/20/11 | L | | |
| 79. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 80. --Texas Instruments | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 81. --Trinity Industries | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 82. --United Natural Foods | | None | | | Sold | 5/20/11 | K | D | |
| 83. --United Parcel Service | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 84. --Vanguard Inflation Protected Securities Fund | | None | K | T | Buy | 5/20/11 | K | | |
| 85. --Vanguard Inflation Protected Securities Fund | B | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Vanguard Intl Eqty Index FDS FTSE All World Ex US | | None | | | Buy | 5/20/11 | K | | |
| 87. --Vanguard Intl Eqty Index FDS FTSE All World Ex US | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 88. --Vanguard Intl Eqty Index FDS FTSE All World Ex US | B | Dividend | | | Sold | 12/28/11 | K | | |
| 89. --Vanguard Mid Cap ETF | | None | | | Buy | 5/20/11 | L | | |
| 90. --Vanguard Mid Cap ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 91. --Vanguard Mid Cap ETF | | None | | | Buy (add'l) | 8/22/11 | K | | |
| 92. --Vanguard Mid Cap ETF | B | Dividend | | | Sold | 12/28/11 | L | | |
| 93. --Vanguard MSCI EAFE | | None | | | Buy | 5/20/11 | K | | |
| 94. --Vanguard MSCI EAFE | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 95. --Vanguard MSCI EAFE | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 96. --Vanguard MSCI EAFE | B | Dividend | | | Sold | 12/28/11 | K | | |
| 97. --Vanguard Russell 2000 Growth | | None | | | Buy | 5/20/11 | L | | |
| 98. --Vanguard Russell 2000 Growth | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 99. --Vanguard Russell 2000 Growth | A | Dividend | | | Sold | 12/28/11 | L | | |
| 100. --Vanguard Russell 2000 Value | | None | | | Buy | 5/20/11 | L | | |
| 101. --Vanguard Russell 2000 Value | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 102. --Vanguard Russell 2000 Value | | None | | | Buy (add'l) | 8/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Vanguard Russell 2000 Value | A | Distribution | | | Sold | 12/28/11 | L | | |
| 104. --Vanguard S&P 500 | | None | L | T | Buy | 5/20/11 | L | | |
| 105. --Vanguard S&P 500 | | None | J | T | Buy (add'l) | 6/16/11 | J | | |
| 106. --Vanguard S&P 500 | B | Dividend | J | T | Buy (add'l) | 8/22/11 | J | | |
| 107. --Vanguard Total Stock Market | | None | L | T | Buy | 5/20/11 | L | | |
| 108. --Vanguard Total Stock Market | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 109. --Vanguard Total World Stock Index Fund | | None | L | T | Buy | 12/28/11 | L | | |
| 110. --Vodafone Group | A | Dividend | | | Sold | 5/20/11 | J | | |
| 111. --Whole Foods Market | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 112. --Williams Companies | A | Dividend | | | Sold | 5/20/11 | J | C | |
| 113. --Williams Sonoma | A | Dividend | | | Sold | 5/20/11 | J | A | |
| 114. --Xilinx | B | Dividend | L | T | | | | | |
| 115. | | | | | | | | | |
| 116. Brokerage Account #2 | | | | | | | | | |
| 117. --Wells Fargo Money Fund | A | Interest | | | | | | | |
| 118. --Rhode Island HSG & MTG Fin Corp Bond | A | Interest | | | Sold | 05/18/11 | K | D | |
| 119. --Rhode Island HSG & MTG Fin Corp Bond | B | Interest | | | Sold | 05/18/11 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. ▨ Trust #1 | | | | | | | | | |
| 122. --Wells Fargo Money Fund | A | Interest | J | T | | | | | |
| 123. --Altera | A | Dividend | L | T | | | | | |
| 124. --Amgen | | None | | | Sold | 5/20/11 | K | | |
| 125. --Analog Devices | A | Dividend | | | Sold | 5/20/11 | K | C | |
| 126. --Applied Materials | A | Dividend | | | Sold | 5/20/11 | J | | |
| 127. --Cisco Systems | A | Dividend | | | Sold | 5/20/11 | J | | |
| 128. --CME Group | A | Dividend | | | Sold | 5/20/11 | K | B | |
| 129. --Coca-Cola | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 130. --Costco Wholesale | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 131. --CVS Caremark | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 132. --Dolby Laboratories | | None | | | Sold | 5/20/11 | K | C | |
| 133. --EMC | | None | | | Sold | 5/20/11 | L | E | |
| 134. --Emerson Electric | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 135. --ETFS Platinum Trust Shs Ben Int | | None | | | Buy | 05/20/11 | K | | |
| 136. --ETFS Platinum Trust Shs Ben Int | | None | | | Sold | 11/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --General Electric | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 138. --Illinois Tool Works | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 139. --Ishares Barclays Tips Bond Fund | A | Dividend | | | Buy | 5/20/11 | K | | |
| 140. --Ishares Barclays Tips Bond Fund | | None | | | Sold | 12/1/11 | K | B | |
| 141. --Ishares NYSE Composite Index | A | Dividend | | | Buy | 5/20/11 | K | | |
| 142. --Ishares NYSE Composite Index | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 143. --Ishares NYSE Composite Index | | None | | | Sold | 11/30/11 | K | | |
| 144. --Ishares Tr Nasdaq Biotech | | None | | | Sold | 5/20/11 | K | D | |
| 145. --Ishares Tr Russell 2000 | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 146. --Ishares Russell Microcap Index Fund | | None | | | Buy | 5/20/11 | K | | |
| 147. --Ishares Russell Microcap Index Fund | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 148. --Ishares Russell Microcap Index Fund | A | Dividend | | | Sold | 11/30/11 | K | | |
| 149. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy | 5/20/11 | K | | |
| 150. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 151. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 152. --Ishares Tr MSCI Emerging Mkts Index Fd | A | Dividend | | | Sold | 11/30/11 | K | | |
| 153. --Johnson & Johnson | A | Dividend | | | Sold | 5/20/11 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Kyocera | A | Dividend | | | Sold | 05/20/11 | J | B | |
| 155. --Lowe's | A | Dividend | | | Sold | 05/20/11 | K | | |
| 156. --Mosaic | | None | | | Donated (part) | | | | |
| 157. --Mosaic | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 158. --Novartis | A | Dividend | | | Sold | 5/20/11 | J | B | |
| 159. --Pepsico | A | Dividend | | | Sold | 05/20/11 | K | C | |
| 160. --Powershares DB Agriculture Fund | | None | | | Buy | 5/20/11 | K | | |
| 161. --Powershares DB Agriculture Fund | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 162. --Powershares DB Agriculture Fund | | None | | | Sold | 11/30/11 | K | | |
| 163. --Powershares DB Base Metals Fund | | None | | | Buy | 5/20/11 | K | | |
| 164. --Powershares DB Base Metals Fund | | None | | | Sold | 11/30/11 | K | | |
| 165. --Proshares Trust Short 20+ Yr Treasury | | None | | | Buy | 5/20/11 | K | | |
| 166. --Proshares Trust Short 20+ Yr Treasury | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 167. --Proshares Trust Short 20+ Yr Treasury | | None | | | Sold | 11/30/11 | K | | |
| 168. --Powershares Exchange FD TR Golden Dragon Halter | | None | | | Sold | 05/20/11 | K | D | |
| 169. --Powershares Global ETF TR Global Clean Energy | | None | | | Sold | 05/20/11 | K | D | |
| 170. --Powershares Private Equity Portfolio | | None | | | Sold | 5/20/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Qualcomm | B | Dividend | M | T | | | | | |
| 172. --Rydex ETF Tr S&P 500 Equal Wtd Index | | None | | | Buy | 5/20/11 | K | | |
| 173. --Rydex ETF Tr S&P 500 Equal Wtd Index | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 174. --Rydex ETF Tr S&P 500 Equal Wtd Index | A | Dividend | | | Sold | 11/30/11 | K | | |
| 175. --Schlumberger | | None | | | Donated (part) | | | | |
| 176. --Schlumberger | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 177. --Schwab Charles | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 178. --Shanda Interactive Entertainment | | None | | | Sold | 5/20/11 | K | D | |
| 179. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Buy | 5/20/11 | M | | |
| 180. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 181. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Sold | 9/23/11 | M | | |
| 182. --SPDR Gold Trust | | None | | | Buy | 5/20/11 | K | | |
| 183. --SPDR Gold Trust | | None | | | Sold | 11/30/11 | K | C | |
| 184. --SPDR Ser Tr S&P 600 Small Cap | | None | | | Buy | 5/20/11 | K | | |
| 185. --SPDR Ser Tr S&P 600 Small Cap | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 186. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | | | Sold | 11/30/11 | K | | |
| 187. --United Natural Foods Inc | | None | | | Donated | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --United Parcel Service | A | Dividend | | | Sold | 5/20/11 | K | B | |
| 189. --Vanguard Inflation Protected Securities Fund | | None | | | Buy | 5/20/11 | K | | |
| 190. --Vanguard Inflation Protected Securities Fund | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 191. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold | 11/30/11 | K | B | |
| 192. --Vanguard Intl Eqty ETF Index Fds FTSE | | None | | | Buy | 5/20/11 | K | | |
| 193. --Vanguard Intl Eqty ETF Index Fds FTSE | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 194. --Vanguard Intl Eqty ETF Index Fds FTSE | | None | | | Sold | 11/30/11 | K | | |
| 195. --Vanguard Mid Cap ETF | | None | | | Buy | 5/20/11 | K | | |
| 196. --Vanguard Mid Cap ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 197. --Vanguard Mid Cap ETF | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 198. --Vanguard Mid Cap ETF | | None | | | Sold | 11/30/11 | L | | |
| 199. --Vanguard MSCI EAFE ETF | | None | | | Buy | 5/20/11 | K | | |
| 200. --Vanguard MSCI EAFE ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 201. --Vanguard MSCI EAFE ETF | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 202. --Vanguard MSCI EAFE ETF | | None | | | Sold | 11/30/11 | K | | |
| 203. --Vanguard Russell 2000 Growth ETF | | None | | | Buy | 5/20/11 | K | | |
| 204. --Vanguard Russell 2000 Growth ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Vanguard Russell 2000 Growth ETF | | None | | | Sold (part) | 11/21/11 | J | | |
| 206. --Vanguard Russell 2000 Growth ETF | | None | | | Sold | 11/30/11 | K | | |
| 207. --Vanguard Russell 2000 Value ETF | | None | | | Buy | 5/20/11 | K | | |
| 208. --Vanguard Russell 2000 Value ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 209. --Vanguard Russell 2000 Value ETF | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 210. --Vanguard Russell 2000 Value ETF | | None | | | Sold (part) | 11/21/11 | J | | |
| 211. --Vanguard Russell 2000 Value ETF | | None | | | Sold | 11/30/11 | K | | |
| 212. --Vanguard S&P 500 ETF | | None | | | Buy | 5/20/11 | K | | |
| 213. --Vanguard S&P 500 ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 214. --Vanguard S&P 500 ETF | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 215. --Vanguard S&P 500 ETF | A | Dividend | | | Sold | 11/30/11 | K | | |
| 216. --Vanguard Total Stock Market ETF | | None | | | Buy | 5/20/11 | K | | |
| 217. --Vanguard Total Stock Market ETF | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 218. --Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 11/30/11 | K | | |
| 219. --Vodafone Group | A | Dividend | | | Sold | 5/20/11 | K | | |
| 220. --Williams Companies | A | Dividend | | | Sold | 5/20/11 | K | C | |
| 221. --Xilinx | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. ▭ Trust #2 | | | | | | | | | |
| 224. --Wells Fargo Money Fund | A | Interest | N | T | | | | | |
| 225. --3M Company | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 226. --Abbott Laboratories | A | Dividend | | | Sold | 5/20/11 | K | C | |
| 227. --Altera Corporation | B | Distribution | M | T | | | | | |
| 228. --Amgen | | None | | | Sold | 5/20/11 | L | | |
| 229. --Analog Devices | A | Dividend | | | Sold | 5/20/11 | L | D | |
| 230. --Applied Materials | A | Dividend | | | Sold | 5/20/11 | K | | |
| 231. --Bed Bath & Beyond | | None | | | Sold | 5/20/11 | K | D | |
| 232. --Cisco Systems | A | Dividend | | | Sold | 5/20/11 | K | | |
| 233. --CME Group | A | Dividend | | | Sold | 5/20/11 | M | D | |
| 234. --Coca-Cola | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 235. --Costco Wholesale | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 236. --CVS Caremark | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 237. --Dolby | | None | | | Sold | 5/20/11 | L | D | |
| 238. --EMC | | None | | | Sold | 5/20/11 | M | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Elements Rogers Agri Tot Ret ETN | | None | L | T | Buy | 12/29/11 | L | | |
| 240. --Emerson Electric | B | Dividend | | | Sold | 5/20/11 | L | E | |
| 241. --ETFS Platinum Trust Shs Ben Int ETF | | None | | | Buy | 5/20/11 | L | | |
| 242. --ETFS Platinum Trust Shs Ben Int ETF | | None | | | Sold | 12/29/11 | L | | |
| 243. --Financial Select Sector | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 244. --General Electric Company | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 245. --Home Depot | A | Dividend | | | Sold | 5/20/11 | K | | |
| 246. --Illinois Tool Works | B | Dividend | | | Sold | 5/20/11 | L | E | |
| 247. --International Business Machines | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 248. --Ishares Tr Russell 2000 | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 249. --Ishares Tr Russell 2000 | | None | N | T | Buy | 12/29/11 | N | | |
| 250. --Ishares TR NASDAQ Biotech Index Fund | | None | | | Sold | 5/20/11 | L | E | |
| 251. --Ishares Trust DJ --US Aerospace & Defense Index Fund | A | Dividend | | | Sold | 5/20/11 | L | D | |
| 252. --Ishares Trust DJ -- US Energy Sector | A | Dividend | | | Sold | 5/20/11 | J | D | |
| 253. --Ishares DJ US Broker Dealers Index Fd | A | Dividend | | | Buy | 1/18/11 | L | | |
| 254. --Ishares DJ US Broker Dealers Index Fd | | None | | | Sold | 5/20/11 | K | | |
| 255. --Ishares Russell MicroCap Index Fund | | None | | | Buy | 5/20/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Ishares Russell MicroCap Index Fund | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 257. --Ishares Russell MicroCap Index Fund | B | Dividend | | | Sold | 12/29/11 | M | | |
| 258. --Ishares NYSE Composite Index | | None | | | Buy | 5/20/11 | M | | |
| 259. --Ishares NYSE Composite Index | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 260. --Ishares NYSE Composite Index | B | Dividend | | | Sold | 12/29/11 | M | | |
| 261. --Ishares Tr MSCI Emerging Mkts Index Fund | | None | | | Buy | 5/20/11 | M | | |
| 262. --Ishares Tr MSCI Emerging Mkts Index Fund | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 263. --Ishares Tr MSCI Emerging Mkts Index Fund | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 264. --Ishares Tr MSCI Emerging Mkts Index Fund | C | Dividend | | | Sold | 12/29/11 | M | | |
| 265. --Ishares Barclays TIPS Bond Fund | B | Dividend | L | T | Buy | 5/20/11 | L | | |
| 266. --Kyocera | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 267. --Lowes | A | Dividend | | | Sold | 5/20/11 | L | | |
| 268. --Microsoft | A | Dividend | | | Sold | 5/20/11 | K | | |
| 269. --Novartis AG Sponsored ADR | B | Dividend | | | Sold | 5/20/11 | K | C | |
| 270. --Overseas Shiphldg Gr Inc | | None | | | Buy | 1/18/11 | K | | |
| 271. --Overseas Shiphldg Gr Inc | A | Dividend | | | Sold | 5/20/11 | K | | |
| 272. --Pepsico | A | Dividend | | | Sold | 5/20/11 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Powershares Exchange FD TR Golden Dragon Halter | | None | | | Sold | 5/20/11 | L | E | |
| 274. --Powershares Global ETF TR Global Clean Energy | | None | | | Sold | 5/20/11 | K | D | |
| 275. --Powershares Private Equity Portfolio | | None | | | Sold | 5/20/11 | K | D | |
| 276. --PowerShares DB ETF Agriculture Fd | | None | | | Buy | 5/20/11 | L | | |
| 277. --PowerShares DB ETF Agriculture Fd | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 278. --PowerShares DB ETF Agriculture Fd | | None | | | Sold | 12/29/11 | L | | |
| 279. --Powershares DB Base Metals Funds | | None | | | Buy | 5/20/11 | L | | |
| 280. --Powershares DB Base Metals Funds | | None | | | Sold | 12/29/11 | L | | |
| 281. Proshares Trust Short 20+ Yr Treasury | | None | | | Buy | 5/20/11 | M | | |
| 282. Proshares Trust Short 20+ Yr Treasury | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 283. Proshares Trust Short 20+ Yr Treasury | | None | | | Sold | 12/29/11 | M | | |
| 284. --Qualcomm | C | Dividend | N | T | | | | | |
| 285. --Rydex ETF Tr S&P 500 Equal Weighted | | None | | | Buy | 5/20/11 | M | | |
| 286. --Rydex ETF Tr S&P 500 Equal Weighted | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 287. --Rydex ETF Tr S&P 500 Equal Weighted | B | Dividend | | | Sold | 12/29/11 | M | | |
| 288. --Schlumberger | A | Dividend | | | Sold | 5/20/11 | M | G | |
| 289. --Schwab Charles | A | Dividend | | | Sold | 5/20/11 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --SPDR Gold Trust Gold Shares | | None | L | T | Buy (add'l) | 5/20/11 | J | | |
| 291. --SPDR S&P MidCap 400 | | None | M | T | Buy | 12/29/11 | M | | |
| 292. --SPDR S&P 500 Trust ETF | | None | N | T | Buy | 12/29/11 | N | | |
| 293. --SPDR Ser Tr S&P 600 Small Cap ETF | | None | | | Buy | 5/20/11 | M | | |
| 294. --SPDR Ser Tr S&P 600 Small Cap ETF | B | Dividend | M | T | Buy (add'l) | 6/16/11 | K | | |
| 295. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Buy | 5/20/11 | N | | |
| 296. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | N | | Buy (add'l) | 6/16/11 | J | | |
| 297. --Texas Instruments | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 298. --Trinity Industries | A | Dividend | | | Sold | 5/20/11 | L | E | |
| 299. --United Natural Foods | | None | | | Sold | 5/20/11 | K | D | |
| 300. --United Parcel Service | B | Dividend | | | Sold | 5/20/11 | M | D | |
| 301. --Vanguard Inflation Protected Securities Fund | | None | | | Buy | 5/20/11 | L | | |
| 302. --Vanguard Inflation Protected Securities Fund | C | Dividend | L | T | Buy (add'l) | 6/16/11 | J | | |
| 303. --Vanguard Intl Eqty Index Fds All World Ex US | | None | | | Buy | 5/20/11 | L | | |
| 304. --Vanguard Intl Eqty Index Fds All World Ex US | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 305. --Vanguard Intl Eqty Index Fds All World Ex US | B | Dividend | | | Sold | 12/29/11 | L | | |
| 306. --Vanguard Mid Cap ETF | | None | | | Buy | 5/20/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Vanguard Mid Cap ETF | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 308. --Vanguard Mid Cap ETF | | None | | | Buy (add'l) | 8/22/11 | K | | |
| 309. --Vanguard Mid Cap ETF | B | Dividend | | | Sold | 12/29/11 | M | | |
| 310. --Vanguard MSCI EAFE ETF | | None | | | Buy | 5/20/11 | L | | |
| 311. --Vanguard MSCI EAFE ETF | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 312. --Vanguard MSCI EAFE ETF | | None | | | Buy (add'l) | 8/22/11 | K | | |
| 313. --Vanguard MSCI EAFE ETF | C | Dividend | | | Sold | 12/29/11 | L | | |
| 314. --Vanguard Russell 2000 Growth ETF | | None | | | Buy | 5/20/11 | M | | |
| 315. --Vanguard Russell 2000 Growth ETF | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 316. --Vanguard Russell 2000 Growth ETF | A | Dividend | | | Sold | 12/29/11 | M | | |
| 317. --Vanguard Russell 2000 Value ETF | | None | | | Buy | 5/20/11 | M | | |
| 318. --Vanguard Russell 2000 Value ETF | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 319. --Vanguard Russell 2000 Value ETF | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 320. --Vanguard Russell 2000 Value ETF | B | Dividend | | | Sold | 12/29/11 | M | | |
| 321. --Vanguard S&P 500 ETF | | None | | | Buy | 5/20/11 | M | | |
| 322. --Vanguard S&P 500 ETF | | None | | | Buy (add'l) | 6/16/11 | K | | |
| 323. --Vanguard S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 8/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --Vanguard Total Stock Market 500 ETF | | None | | | Buy | 5/20/11 | M | | |
| 325. --Vanguard Total Stock Market 500 ETF | B | Dividend | M | T | Buy (add'l) | 6/16/11 | K | | |
| 326. --Vanguard Total World ETF Stock Index Fd | | None | M | T | Buy | 12/29/11 | M | | |
| 327. --Vertex Pharmaceuticals | | None | | | Buy | 1/18/11 | K | | |
| 328. --Vertex Pharmaceuticals | | None | | | Sold | 5/20/11 | K | D | |
| 329. --Vodafone Group | | None | | | Sold | 5/20/11 | K | | |
| 330. --Whole Foods Market | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 331. --Williams Companies | A | Dividend | | | Sold | 5/20/11 | K | D | |
| 332. --Williams Sonoma | A | Dividend | | | Sold | 5/20/11 | J | B | |
| 333. --Xilinx | C | Dividend | M | T | | | | | |
| 334. | | | | | | | | | |
| 335. Citizens Bank Accounts | | None | J | T | | | | | |
| 336. | | | | | | | | | |
| 337. IRA #1 | | | | | | | | | |
| 338. --Wells Fargo Money Fund | A | Interest | J | T | | | | | |
| 339. --Powershares QQQ Trust | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 340. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | Buy | 5/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Ishares Barclays TIPS Bond Fund | A | Dividend | J | T | Buy | 5/20/11 | J | | |
| 342. --Ishares NYSE Composite Index | | None | | | Buy | 5/20/11 | J | | |
| 343. --Ishares NYSE Composite Index | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 344. --Ishares Russell Microcap Index Fund | | None | | | Buy | 5/20/11 | J | | |
| 345. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 346. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy | 5/20/11 | J | | |
| 347. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 348. --Ishares Tr MSCI Emerging Mkts Index Fd | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 349. --Powershares DB Agriculture Fund ETF | | None | | | Buy | 5/20/11 | J | | |
| 350. --Powershares DB Agriculture Fund ETF | | None | J | T | Buy (add'l) | 6/16/11 | J | | |
| 351. --Powershares DB Base Metals Fund ETF | | None | J | T | Buy | 5/20/11 | J | | |
| 352. -Proshres Trust Short 20+ Yr Treasury | | None | J | T | Buy | 5/20/11 | J | | |
| 353. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | | None | | | Buy | 5/20/11 | J | | |
| 354. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 355. --SPDR Barclays Capital 1-3 Month t-Bill ETF | | None | J | T | Buy | 5/20/11 | J | | |
| 356. --SPDR Gold Trust | | None | J | T | Buy | 5/20/11 | J | | |
| 357. --SPDR Ser Tr S&P 600 Small Cap | | None | | | Buy | 5/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 359. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | | None | | | Buy | 5/20/11 | J | | |
| 360. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 361. --Vanguard Mid Cap | | None | | | Buy | 5/20/11 | J | | |
| 362. --Vanguard Mid Cap | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 363. --Vanguard Mid Cap | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 364. --Vanguard MSCI EAFE | | None | | | Buy | 5/20/11 | J | | |
| 365. --Vanguard MSCI EAFE | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 366. --Vanguard MSCI EAFE | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 367. --Vanguard Russell 2000 Growth | | None | | | Buy | 5/20/11 | J | | |
| 368. --Vanguard Russell 2000 Growth | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 369. --Vanguard Russell 2000 Value | | None | | | Buy | 5/20/11 | J | | |
| 370. --Vanguard Russell 2000 Value | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 371. --Vanguard Russell 2000 Value | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 372. --Vanguard S&P 500 | | None | | | Buy | 5/20/11 | J | | |
| 373. --Vanguard S&P 500 | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 374. --Vanguard S&P 500 | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Vanguard Total Stock Market ETF | | None | | | Buy | 5/20/11 | J | | |
| 376. --Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 377. --Vanguard Inflation Protected Securities Fund | | None | | | Buy | 5/20/11 | J | | |
| 378. --Vanguard Inflation Protected Securities Fund | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 379. | | | | | | | | | |
| 380. IRA #2 | | | | | | | | | |
| 381. --Wells Fargo Money Fund | A | Interest | J | T | | | | | |
| 382. --Powershares QQQ Trust | A | Dividend | | | Sold | 5/20/11 | K | E | |
| 383. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | Buy | 5/20/11 | J | | |
| 384. --Ishares Barclays TIPS Bond Fund | A | Dividend | J | T | Buy | 5/20/11 | J | | |
| 385. --Ishares NYSE Composite Index | | None | | | Buy | 5/20/11 | J | | |
| 386. --Ishares NYSE Composite Index | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 387. --Ishares Russell Microcap Index Fund | | None | | | Buy | 5/20/11 | J | | |
| 388. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 389. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy | 5/20/11 | J | | |
| 390. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 391. --Ishares Tr MSCI Emerging Mkts Index Fd | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 36

Name of Person Reporting

McConnell, Jr., John J.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --Powershares DB Agriculture Fund ETF | | None | | | Buy | 5/20/11 | J | | |
| 393. --Powershares DB Agriculture Fund ETF | | None | J | T | Buy (add'l) | 6/16/11 | J | | |
| 394. --Powershares DB Base Metals Fund ETF | | None | J | T | Buy | 5/20/11 | J | | |
| 395. -Proshres Trust Short 20+ Yr Treasury | | None | J | T | Buy | 5/20/11 | J | | |
| 396. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | | None | | | Buy | 5/20/11 | J | | |
| 397. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 398. --SPDR Barclays Capital 1-3 Month t-Bill ETF | | None | J | T | Buy | 5/20/11 | J | | |
| 399. --SPDR Gold Trust | | None | J | T | Buy | 5/20/11 | J | | |
| 400. --SPDR Ser Tr S&P 600 Small Cap | | None | | | Buy | 5/20/11 | J | | |
| 401. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 402. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | | None | | | Buy | 5/20/11 | J | | |
| 403. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 404. --Vanguard Mid Cap | | None | | | Buy | 5/20/11 | J | | |
| 405. --Vanguard Mid Cap | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 406. --Vanguard Mid Cap | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 407. --Vanguard MSCI EAFE | | None | | | Buy | 5/20/11 | J | | |
| 408. --Vanguard MSCI EAFE | | None | | | Buy (add'l) | 6/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. --Vanguard MSCI EAFE | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 410. --Vanguard Russell 2000 Growth | | None | | | Buy | 5/20/11 | J | | |
| 411. --Vanguard Russell 2000 Growth | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 412. --Vanguard Russell 2000 Value | | None | | | Buy (add'l) | 8/5/11 | J | | |
| 413. --Vanguard Russell 2000 Value | | None | | | Buy | 5/20/11 | J | | |
| 414. --Vanguard Russell 2000 Value | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 415. --Vanguard S&P 500 | | None | | | Buy | 5/20/11 | J | | |
| 416. --Vanguard S&P 500 | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 417. --Vanguard S&P 500 | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 418. --Vanguard Total Stock Market ETF | | None | | | Buy | 5/20/11 | J | | |
| 419. --Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 420. --Vanguard Inflation Protected Securities Fund | | None | | | Buy | 5/20/11 | J | | |
| 421. --Vanguard Inflation Protected Securities Fund | A | Dividend | J | T | Buy (add'l) | 6/16/11 | J | | |
| 422. | | | | | | | | | |
| 423. IRA #3 | | | | | | | | | |
| 424. Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 425. --ETFS Platinum Trust Shs Ben Int ETF | | None | K | T | Buy | 06/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. --Federated Money Market Tr Govt Obligs Fd Instl | | None | | | Buy | 06/02/11 | N | | |
| 427. --Federated Money Market Tr Govt Obligs Fd Instl | | None | | | Sold (part) | 06/16/11 | M | | |
| 428. --Federated Money Market Tr Govt Obligs Fd Instl | A | Dividend | M | T | Sold (part) | 08/22/11 | K | | |
| 429. --Ishares Barclays TIPS Bond Fund | A | Dividend | K | T | Buy | 06/02/11 | K | | |
| 430. --Ishares NYSE Composite Index | | None | | | Buy | 06/02/11 | K | | |
| 431. --Ishares NYSE Composite Index | B | Dividend | L | T | Buy (add'l) | 06/16/11 | J | | |
| 432. --Ishares Russell Microcap Index Fund | | None | | | Buy | 06/02/11 | K | | |
| 433. --Ishares Russell Microcap Index Fund | A | Dividend | K | T | Buy (add'l) | 06/16/11 | J | | |
| 434. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy | 06/02/11 | L | | |
| 435. --Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy (add'l) | 06/16/11 | J | | |
| 436. --Ishares Tr MSCI Emerging Mkts Index Fd | B | Dividend | L | T | Buy (add'l) | 08/22/11 | J | | |
| 437. --Powershares DB Agriculture Fund ETF | | None | | | Buy | 06/02/11 | K | | |
| 438. --Powershares DB Agriculture Fund ETF | | None | K | T | Buy (add'l) | 06/16/11 | J | | |
| 439. --Powershares DB Base Metals Fund ETF | | None | K | T | Buy | 06/02/11 | K | | |
| 440. -Proshres Trust Short 20+ Yr Treasury | | None | K | T | Buy | 06/02/11 | L | | |
| 441. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | | None | | | Buy | 06/02/11 | L | | |
| 442. --Rydex ETF Tr S&P 500 Equal Weighted Index Fd | A | Dividend | L | T | Buy (add'l) | 06/16/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --SPDR Gold Trust | | None | K | T | Buy | 06/02/11 | K | | |
| 444. --SPDR Ser Tr S&P 600 Small Cap | | None | | | Buy | 06/02/11 | L | | |
| 445. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | L | T | Buy (add'l) | 06/16/11 | J | | |
| 446. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | | None | | | Buy | 06/02/11 | K | | |
| 447. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | B | Dividend | K | T | Buy (add'l) | 06/16/11 | J | | |
| 448. --Vanguard Mid Cap | | None | | | Buy | 06/02/11 | L | | |
| 449. --Vanguard Mid Cap | | None | | | Buy (add'l) | 06/16/11 | J | | |
| 450. --Vanguard Mid Cap | A | Dividend | L | T | Buy (add'l) | 08/22/11 | J | | |
| 451. --Vanguard MSCI EAFE | | None | | | Buy | 06/02/11 | K | | |
| 452. --Vanguard MSCI EAFE | | None | | | Buy (add'l) | 06/16/11 | J | | |
| 453. --Vanguard MSCI EAFE | B | Dividend | K | T | Buy (add'l) | 08/22/11 | J | | |
| 454. --Vanguard Russell 2000 Growth | | None | | | Buy | 06/02/11 | L | | |
| 455. --Vanguard Russell 2000 Growth | A | Dividend | L | T | Buy (add'l) | 06/16/11 | J | | |
| 456. --Vanguard Russell 2000 Value | | None | | | Buy | 06/02/11 | K | | |
| 457. --Vanguard Russell 2000 Value | | None | | | Buy (add'l) | 06/16/11 | J | | |
| 458. --Vanguard Russell 2000 Value | A | Dividend | L | T | Buy (add'l) | 08/22/11 | J | | |
| 459. --Vanguard S&P 500 | | None | | | Buy | 06/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --Vanguard S&P 500 | | None | | | Buy (add'l) | 06/16/11 | J | | |
| 461. --Vanguard S&P 500 | A | Dividend | L | T | Buy (add'l) | 08/22/11 | J | | |
| 462. --Vanguard Total Stock Market ETF | | None | | | Buy | 06/02/11 | K | | |
| 463. --Vanguard Total Stock Market ETF | A | Dividend | L | T | Buy (add'l) | 06/16/11 | J | | |
| 464. --Vanguard Inflation Protected Securities Fund | | None | | | Buy | 06/02/11 | K | | |
| 465. --Vanguard Inflation Protected Securities Fund | B | Dividend | K | T | Buy (add'l) | 06/16/11 | J | | |
| 466. | | | | | | | | | |
| 467. Bank RI Accounts #1 | A | Interest | J | T | | | | | |
| 468. Bank RI Accounts #2 | A | Interest | M | T | | | | | |
| 469. Bank RI Accounts #3 | A | Interest | J | T | | | | | |
| 470. Bank RI Accounts #4 | A | Interest | J | T | | | | | |
| 471. Bank RI Accounts #6 | | None | J | T | | | | | |
| 472. Citibank Account #1 (Y) | | | | | | | | | |
| 473. Citibank Account #2 (Y) | | | | | | | | | |
| 474. Navigant Credit Union | A | Interest | J | T | | | | | |
| 475. | | | | | | | | | |
| 476. Alliance Capital 529 College Fund #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. --CBF Portfolio 1996-98 ALT RA | | None | K | T | | | | | |
| 478. | | | | | | | | | |
| 479. Catalist LLC | | None | K | U | | | | | |
| 480. DSF Capital Partners III LP | E | Distribution | N | U | | | | | |
| 481. | | | | | | | | | |
| 482. MetLife Universal Life | | None | L | T | | | | | |
| 483. Sun Life Universal Life #1 | | None | M | T | | | | | |
| 484. Sun Life Universal Life #2 | | None | M | T | | | | | |
| 485. Sun Life Universal Life #3 | | None | M | T | | | | | |
| 486. | | | | | | | | | |
| 487. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 488. | | | | | | | | | |
| 489. Motley Rice LLC Employee Retirement Savings Plan | | | | | | | | | |
| 490. --American Funds Europacific | | None | | | Sold | 5/16/11 | N | D | |
| 491. --Neuberger Berman Genesis | | None | | | Sold | 5/16/11 | M | D | |
| 492. --Scudder S&P 500 Index | | None | | | Sold | 5/16/11 | M | D | |
| 493. --Model 09 Program | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 36

Name of Person Reporting

McConnell, Jr., John J.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Motley Rice Agressive Program | | None | | | Sold | 5/16/11 | O | E | |
| 495. | | | | | | | | | |
| 496. Martha's Vineyard Colonial Inn LLC | G | Distribution | P1 | U | | | | | |
| 497. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I Positions
Resigned from Entities listed on lines 1, 2, 6, 7, 8 and 9 upon confirmation.
Resigned from Entities listed on lines 4, 5, 14, 15, 16, 17, 18 and 19 as of 01/01/2011, no longer reportable in Section VII.
Trinity Repertory Company listed in 2010 but position was resigned in 2010, no position in 2011.
Alliance Capital 529 College Fund # 1 was closed prior to 1/1/2011.
Alliance Capital 529 College Fund # 3 was closed prior to 1/1/2011.

Part II Agreements
A) Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.
B) Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.
C) Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mutual release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

Part VII Investments and Trusts
Citibank Account #1 - removed, reported account of Dependent     in 2010, no longer Dependent.
Citibank Account #2 - removed, reported account of Dependent     in 2010, no longer Dependent.
Line 482 - Met Life policy replaces ING Variable Life:Ing Stock Index Portfolio I Class shown last report
MassMutual:Strategic Group Universal Life shown last report was term life paid by employer, cancelled upon resignation.

# FINANCIAL DISCLOSURE REPORT

Page 36 of 36

Name of Person Reporting

McConnell, Jr., John J.

Date of Report

5/15/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John J. McConnell, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544